UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-21461-GAYLES

ALLYSON ANDREWS,

    Plaintiff,
v.

PROFESSIONAL CAREER
DEVELOPMENT INSTITUTE LLC
d/b/a ASHWORTH COLLEGE,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Allyson Andrews, by and through her undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 14, 2019, a true copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system.

    Respectfully submitted,

    /s/ *Geoffrey E. Parmer*
    Geoffrey E. Parmer, Esquire
    Florida Bar No. 989258
    William "Billy" Peerce Howard, Esquire
    Florida Bar No. 0103330
    THE CONSUMER PROTECTION FIRM, PLLC
    4030 Henderson Boulevard
    Tampa, FL 33629
    Tele: (813) 500-1500
    Fax: (813) 435-2369
    Geoff@TheConsumerProtectionFirm.com
    Billy@TheConsumerProtectionFirm.com
    *Attorneys for Plaintiff*